## Wilson and Stokes Company *v.* Miller et al., Appellants.

Submitted June 14, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

reargument refused July 7, 1960.

*Josephine Lippi Mullen,* for appellants.

*Charles J. Conturso,* for appellee.

OPINION PER CURIAM, June 20, 1960:

The order of the court below is affirmed on the opinion of President Judge Biester of the Court of Common Pleas of Bucks County as reported in 20 Pa. D. & C. 2d 747.